**No. 10-7943. Edward Lipscomb, Petitioner v. United States.**

562 U.S. 1191, 131 S. Ct. 1028, 178 L. Ed. 2d 849, 2011 U.S. LEXIS 698.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 385 Fed. Appx. 604.